Andrew J. Miller
ODEGAARD KOVACICH SNIPES, PC
550 North 31st Street, Suite 200
Billings, Montana 59101
Tel: (406) 222-2222
Fax: (406) 259-3232
amiller@mtlawyers.com

*Attorneys for Plaintiff Paul Erftenbeck*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| PAUL ERFTENBECK<br><br>Plaintiff,<br><br>vs.<br><br>WILDER RESORTS, INC., d.b.a. FAIRMONT HOT SPRINGS RESORT, and<br>JOHN DOES 1-10, inclusive,<br><br>Defendants. | CV 19-30-BU-BMM-KLD<br><br><br><br>**STIPULATION FOR DISMISSAL** |

COMES NOW, the above-named parties, by and through their counsel of record, and hereby stipulate and agree that this case may be dismissed with prejudice, each side to bear their own costs and attorneys' fees.

//

//

STIPULATION FOR DISMISSAL - Page 1

DATED this 19th day of January, 2021.

        ODEGAARD KOVACICH SNIPES, PC

        By: /s/ Andrew J. Miller_____
            Andrew J. Miller
            550 North 31st Street, Suite 200
            Billings, MT 59101
            *Attorneys for Plaintiff*

        CROWLEY FLECK PLLP

        By: /s/ Brett P. Clark_____
            Brett P. Clark
            P.O. Box 797
            Helena, MT 596240797
            *Attorneys for Defendant*