# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| PAUL ERFTENBECK<br><br>Plaintiff,<br><br>vs.<br><br>WILDER RESORTS, INC., d.b.a.<br>FAIRMONT HOT SPRINGS RESORT,<br>and<br>JOHN DOES 1-10, inclusive,<br><br>Defendants. | CV 19-30-BU-BMM-KLD<br><br><br><br>**ORDER** |

Pursuant to the Stipulation filed by and between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this \_\_\_\_ day of January, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge